United States Bankruptcy Court
Northern District of Illinois
Eastern

IN RE:  Case No. 19 B 26348

Edward A. Macias

Debtor(s)

In accordance with Federal Rule of Bankruptcy Procedure 3004, you are notified that the Debtor has submitted a Proof of Claim for you in the amount of $2,230.00, Claim# 11.

Claimant

Name        Caeser and Bender
Address     150 N. Michigan Ave.
City, State Zip  Ste. 2130
            Chicago, IL 60601

Date: December 6, 2019

Jeffrey P. Allsteadt, Clerk

Ms. Charlie Green
Deputy Clerk

United States Bankruptcy Court
Northern District of Illinois
Eastern

IN RE:                                    Case No. 19 B 26348

Edward A. Macias

        Debtor(s)

Certificate of Mailing

The undersigned deputy clerk of the United States Bankruptcy Court for this district hereby certifies that a copy of the attached document was mailed on the date entered below to the parties listed.

<u>Creditor Name & Address:</u>

Caeser and Bender
150 N. Michigan Ave.
Ste. 2130
Chicago, IL 60601

<u>Debtor Name & Address:</u>

Edward A. Macias
5814 N. Elston Ave.
1st Fl.
Chicago, IL 60646

The following parties received electronic notification

Attorney for Debtor Name:

David H. Cutler

Trustee Name:

Tom Vaughn

Date:   December 6, 2019                        Ms. Charlie Green
                                                  ———————————
                                                    Deputy Clerk